*James P. O'Donnell* for appellant.

*Arthur J. Foley* for Fred Groth, respondent.

*William T. Welden* for Hamil Thompson and Richfield Springs Fire Department, respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

EMILIO J. BUCHACA, Respondent, *v.* COLGATE INN, INCORPORATED, Appellant.

Argued November 27, 1946; decided January 9, 1947.

*Charles F. Saunders* for respondent.

Judgment affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

MABEL SCHMIDT, Appellant, *v.* MARGARET CARPER, Respondent.

Argued November 21, 1946; decided January 9, 1947.